**David James BARROW, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7212.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 14, 2001.

Decided Dec. 12, 2001.

David James Barrow, pro se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

PER CURIAM.

David James Barrow seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certifi-cate of appealability and dismiss the appeal on the reasoning of the district court. *Barrow v. Angelone,* Nos. CA–00–637–2; CA–00–771–2 (E.D. Va. June 20, 2001). We also deny Barrow's motion to strike the affidavit of Henry Allen Thompson, Sr. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*